IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No. 07-cv-00229-WYD-MJW

ERIC QUADE,

    Plaintiff,

v.

WARDEN KEVIN MILYARD;
GARY LITTLE;
LLOYD WAIDE;
A NUMBER OF JOHN DOES WHOSE NAMES ARE NOT KNOWN; and
THE EXECUTIVE DIRECTOR OF THE COLORADO DEPARTMENT OF CORRECTIONS,

    Defendants.

**ORDER AFFIRMING AND ADOPTING THE RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

THIS MATTER is before the Court on the Plaintiff's Motion for Summary Judgment (docket #20), filed July 31, 2007. The motion was referred to Magistrate Judge Michael J. Watanabe for a recommendation by Order of Reference dated April 18, 2007. Magistrate Judge Watanabe issued a Recommendation on February 26, 2008, that the above referenced motion be denied without prejudice for failure to comply with the Court's governing rules. (Recommendation at 2-3.) The Recommendation is incorporated herein by reference. *See* 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72(b).

The Recommendation advised the parties that specific written objections were due within ten (10) days after being served with a copy of the Recommendation.

(Recommendation at 3.)  Despite this advisement, no objections to the Magistrate Judge's Recommendation were filed by either party.

"In the absence of timely objection, the district court may review a magistrate. . . [judge's] report under any standard it deems appropriate."  *Summers v. Utah,* 927 F.2d 1165, 1167 (10th Cir. 1991) (citing *Thomas v. Arn,* 474 U.S. 140, 150 (1985) (stating that "[i]t does not appear that Congress intended to require district court review of a magistrate's factual or legal conclusions, under a de novo or any other standard, when neither party objects to those findings").  Applying this standard, I am satisfied that the Recommendation of Magistrate Judge Watanabe is sound and that there is no clear error on the face of the record.  *See* Fed. R. Civ. P. 72(a).  I agree that the above referenced motion should be denied without prejudice.  Accordingly, it is hereby

ORDERED that the Recommendation of United States Magistrate Judge Watanabe (docket #34) dated February 26, 2008, is **AFFIRMED** and **ADOPTED**.  In accordance therewith, it is

FURTHER ORDERED that Plaintiff's Motion for Summary Judgment (docket #20) is **DENIED WITHOUT PREJUDICE**.

Dated:  March 13, 2008

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge