IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00229-WYD-MJW

ERIC QUADE,

Plaintiff,

v.

WARDEN KEVIN MILYARD, et al.,

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

    It is hereby ORDERED that the plaintiff's Motion Requesting a Stay of Exicution [sic] on Time Deadline (Docket No. 39) is granted to the extent that the plaintiff shall have up to and including April 21, 2008, to file with the court a response to defendants' Motion to Dismiss (Docket No. 31). No further extensions will be granted.

Date: March 31, 2008