IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No. 07-cv-00229-WYD-MJW

ERIC QUADE,

    Plaintiff,

v.

WARDEN KEVIN MILYARD;
GARY LITTLE;
LLOYD WAIDE;
A NUMBER OF JOHN DOES WHOSE NAMES ARE NOT KNOWN; and
THE EXECUTIVE DIRECTOR OF THE COLORADO DEPARTMENT OF CORRECTIONS,

    Defendants.

## ORDER

THIS MATTER is before the Court on Plaintiff's Motion for Consolidation of Cases, filed September 23, 2008 (docket #57). Plaintiff seeks to consolidate *Sue v. Milyard*, civil action 07-cv-01711-REB-MJW, *Ybanez v. Milyard,* civil action 07-cv-01976-PAB-KMT, *Thompson v. Milyard*, civil action 07-cv-2132-WYD-CBS, with this one pursuant to Rule 42(a)(2) of the Federal Rules of Civil Procedure and D.C.COLO.LCivR 42.1. Because the instant case is the lower numbered case, I will rule on the proposed consolidation. *See* D.C.COLO.LCivR 42.1.

Rule 42(a) provides that "[w]hen actions involving a common question of law or fact are pending before the court, it may order a joint hearing or trial of any or all the matters in issue in the action; it may order all the actions consolidated; and it may make

such orders concerning proceedings therein as may tend to avoid unnecessary costs or delay." Consolidation is within the discretion of the trial court. *Gillette Motor Transport v. Northern Oklahoma Butane Co.*, 179 F.2d 711, 712 (10th Cir. 1950). Upon review of the files in these cases, I find that the these cases involve common questions of law and fact regarding a Sterling Correctional Facility mass search on August 1, 2006 and should be consolidated. Therefore, it is

ORDERED that Plaintiff's Unopposed Motion to Consolidate is **GRANTED**. *Sue v. Milyard*, civil action 07-cv-01711-REB-MJW, *Ybanez v. Milyard,* civil action 07-cv-01976-PAB-KMT, *Thompson v. Milyard*, civil action 07-cv-2132-WYD-CBS, shall be assigned to me and consolidated with this case for all further purposes. It is

FURTHER ORDERED that as of the date of this Order, all pleadings and other filings shall be filed in this case only, using the caption appearing in this Order. It is

FURTHER ORDERED that Civil Action No. 07-cv-01976, 07-cv-2132 shall hereafter be referred to the magistrate judge assigned to the lowest case, in this case Magistrate Judge Watnabe. It is

FURTHER ORDERED that the clerk of court shall docket this Order in *Sue v. Milyard*, civil action 07-cv-01711-REB-MJW, *Ybanez v. Milyard,* civil action 07-cv-01976-PAB-KMT, *Thompson v. Milyard*, civil action 07-cv-2132-WYD-CBS. Finally, it is

ORDERED that the *Sue v. Milyard*, *Ybanez v. Milyard, Thompson v. Milyard* cases shall hereafter be designated as Civil Action No. 07-cv-00229-WYD-MJW.

Dated: December 18, 2008

            BY THE COURT:

            s/ Wiley Y. Daniel
            Wiley Y. Daniel
            Chief U. S. District Judge