IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00229-WYD-MJW
      As consolidated with: 07-cv-01711-REB-MJW, Sue v. Milyard,
                              07-cv-01976-PAB-KMT, Ybanez v. Milyard, and
                              07-cv-02132-WYD-CBS, Thompson v. Milyard

ERIC QUADE, et al.,

Plaintiff,

v.

WARDEN KEVIN MILYARD, et al.,

Defendants.

---

MINUTE ORDER

---

Entered by Magistrate Judge Michael J. Watanabe

      It is hereby **ORDERED** that the Joint Motion for Consolidated Settlement Conference on February 4, 2009 (Docket No. 77) is granted. Accordingly, all four plaintiffs, Eric Quade, Reg. # 110599; Simon E. Sue, Reg. # 118982; Nathan Ybanez, Reg. # 102794; and Larry Allen Thompson, Reg # 83431, shall participate in the settlement conference set on February 4, 2009, at 1:30 p.m. The pro se plaintiffs may participate by telephone. Each party shall submit a Confidential Settlement Statement to Magistrate Judge Watanabe on or before January 28, 2009, outlining the facts and issues in the case and the party's settlement statement. It is further

      **ORDERED** that a Status Conference shall also be conducted by the court on February 4, 2009, at 1:30 p.m. in Courtroom A-502, Fifth Floor, Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado. The pro se plaintiffs may participate by telephone. It is further

      **ORDERED** that **the case manager(s) of the four plaintiffs shall work together and make the appropriate arrangements to permit the attendance of all four plaintiffs (Eric Quade, Simon Sue, Nathan Ybanez, and Larry Thompson) at the Settlement Conference and Status Conference on February 4, 2009, at 1:30 p.m. via a telephone conference call to the court by calling the court at (303) 844-2403.** It is further

**ORDERED** that before entering this Minute Order, the Clerk of the Court shall add the following interested parties to the manual notification for this case for continuing manual notice until further ordered:

Inmate Coordinator/Case Manager
Simon E. Sue, Reg. # 118982
Sterling Correctional Facility
P.O. Box 6000
Sterling, CO 80751

Inmate Coordinator/Case Manager
Nathan Ybanez, Reg. # 102794
Sterling Correctional Facility
P.O. Box 6000
Sterling, CO 80751

Inmate Coordinator/Case Manager
Larry Allen Thompson, Reg # 83431
Sterling Correctional Facility
P.O. Box 6000
Sterling, CO 80751


Date:   December 19, 2008