IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00229-WYD-MJW
      As consolidated with: 07-cv-01711-REB-MJW, Sue v. Milyard,
                            07-cv-01976-PAB-KMT, Ybanez v. Milyard, and
                            07-cv-02132-WYD-CBS, Thompson v. Milyard

ERIC QUADE, et al.,

Plaintiff,

v.

WARDEN KEVIN MILYARD, et al.,

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

     It is hereby **ORDERED** that the Pro Se Incarcerated Plaintiff Thompson's Motion for the Imposition of Punitive Sanctions Against Defendants for the "Intentional Interference" of Process (docket no. 88) is **DENIED** finding no basis in law or fact for such relief.

     It is **FURTHER ORDERED** that the Pro Se Incarcerated Plaintiff Thompson shall fully comply with Magistrate Judge Shaffer's Order (docket no. 43) in Mr. Thompson's case [07-cv-02132-WYD-CBS] **before** the consolidation. This Order from Magistrate Judge Shaffer remains in full force and effect. Failure to comply with this Order (docket no. 43) may result in sanctions being imposed against Mr. Thompson as outlined in this Order (docket no. 43).

Date: February 5, 2009