IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00229-WYD-MJW
      As consolidated with: 07-cv-01711-REB-MJW, Sue v. Milyard,
                             07-cv-01976-PAB-KMT, Ybanez v. Milyard, and
                             07-cv-02132-WYD-CBS, Thompson v. Milyard

ERIC QUADE, et al.,

Plaintiff,

v.

WARDEN KEVIN MILYARD, et al.,

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

      It is hereby ORDERED that the Pro Se Incarcerated Plaintiff Ybanez' Motion to Amend and Clarify Consolidation Order (docket no. 90) is without basis in law or fact. In reviewing Chief Judge Daniel's Order for Consolidation (docket no. 79), I find such Order to be clear and detailed and there is no need for any further clarification.

Date: February 5, 2009