# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### Magistrate Judge Michael J. Watanabe

| | |
|---|---|
| **Civil Action No.**  07-cv-00229-WYD-MJW (Consolidated with 07-cv-01711-WYD-MJW, 07-cv-01976-WYD-MJW, 07-cv-02132-WYD-MJW) | FTR - Courtroom A-502 |
| **Date:**  February 04, 2009 | Courtroom Deputy, Ellen E. Miller |
| ERIC  QUADE, #110599 and consolidated Plaintiffs: SIMON E. SUE, #118982  NATHAN YBANEZ,  and  #102794 LARRY A. THOMPSON, #83431 | Pro Se |
| Plaintiff(s), | |
| v. | |
| KEVIN MILYARD, et al | Jennifer S.  Huss Nicole S.  Gellar |
| Defendant(s). | |

## COURTROOM MINUTES / MINUTE ORDER

**HEARING**:    STATUS CONFERENCE / SETTLEMENT CONFERENCE
**Court in Session:**    1:47 p.m.
Court calls case.  Telephonic appearances of *Pro Se* Plaintiffs.  In court appearances of counsel.

Discussion is held.   It is noted all parties shall use **07-cv-00229-WYD-MJW** as the case number whenever filing any documents in this consolidated civil action.

**1:57 p.m.**    Court goes off the record to conduct the Settlement Conference.

**4:27 p.m.**    Court goes on the record.

**SETTLEMENT  PLACED  ON  RECORD  AS  TO  ERIC  QUADE**
**Court in session:**    4:27 p.m.
Court calls case.  Telephonic appearance of Eric Quade.  No other plaintiff is now on the telephone call. In court appearances of counsel.  Also present at defense table is Tom Montoya, Deputy Director at State of Colorado Department of Personnel and Administration and Cathy

Holst, representative of State of Colorado Department of Corrections.

The Settlement Agreement is reviewed and placed on the record.  The Court requests confirmation from all parties as to their understanding of and agreement with the terms as the Court has stated, and all participants indicate in the affirmative.

This settlement is between  Plaintiff Eric Quade and all defendants only.
Simon E. Sue, Nathan Ybanez, and Larry Allen Thompson remain Plaintiffs in this civil action.

**It is ORDERED:**	The Settlement Agreement is approved.

**It is ORDERED:**	A Stipulated Motion to Dismiss shall be submitted to the Court **on or before MARCH 04, 2009.**  Defendants  shall prepare the dismissal documents.

**It is ORDERED:**	Plaintiff Quade's MOTION FOR APPOINTMENT OF COUNSEL [Docket No. **97,** Filed January 20, 2009] is **DENIED AS MOOT.**

**It is ORDERED:**	Plaintiff Quade's MOTION FOR JOINDER OF PARTIES [Docket No. 98, Filed January 20, 2009] is **DENIED AS MOOT.**


Hearing concluded.
**Court in recess:**   4:38   p.m.
Total In-Court Time: 00:21


The Court spent five (5) hours   preparing for and conducting this settlement conference.