IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00229-WYD-MJW
      As consolidated with: 07-cv-01711-REB-MJW, Sue v. Milyard,
                            07-cv-01976-PAB-KMT, Ybanez v. Milyard, and
                            07-cv-02132-WYD-CBS, Thompson v. Milyard

ERIC QUADE, et al.,

Plaintiff,

v.

WARDEN KEVIN MILYARD, et al.,

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

      It is hereby ORDERED that the Pro Se Incarcerated Plaintiff Thompson's (Combined) Motion for Clarification of Consolidated Cases, and Request for Scheduling Conference for Plaintiff Thompson (docket no. **113**) is GRANTED IN PART AND DENIED IN PART. The motion is GRANTED as follows: This case remains consolidated even though the Pro Se Incarcerated Plaintiff Quade has settled his case. The Rule 16 Scheduling Order that was entered in the Quade case 07-CV-002290-WYD-MJW is the operative Rule 16 Scheduling Order for all Pro Se Incarcerated Plaintiffs and Defendants. Pro Se Incarcerated Plaintiff Sue does not become the lead plaintiff because the Pro Se Incarcerated Plaintiff Quade has settled. Mr. Sue's case is NOT the lead (consolidated) case. The other Scheduling Orders that may have been entered in the 07-cv-01711-REB-KMT, 07-cv-01976-PAB-KMT, and 07-cv-02132-WYD-CBS are all VACATED. The motion (docket no. 113) is DENIED as to the request for a new Scheduling Conference.

Date: February 17, 2009