IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No. 07-cv-00229-WYD-MJW

ERIC QUADE,

    Plaintiff,

v.

WARDEN KEVIN MILYARD;
GARY LITTLE;
LLOYD WAIDE;
A NUMBER OF JOHN DOES WHOSE NAMES ARE NOT KNOWN; and
THE EXECUTIVE DIRECTOR OF THE COLORADO DEPARTMENT OF CORRECTIONS,

    Defendants.

## ORDER

THIS MATTER is before the Court on the Joint Motion to Substitute Defendants, filed March 18, 2009 (docket #134) and the Joint Stipulated Motion to Dismiss With Prejudice, filed March 18, 2009 (docket #135). Having reviewed the motions and the premises therein, it is hereby

ORDERED that the Joint Motion to Substitute Defendants, filed March 18, 2009 (docket #134) is **GRANTED**. It is

FURTHER ORDERED the CDOC is substituted for Defendants Kevin Milyard, Gary Little, Lloyd Waide and Aristedes Zavaras. It is

FURTHER ORDERED that the Joint Stipulated Motion to Dismiss With Prejudice, filed March 18, 2009 (docket #135) is **GRANTED**. It is

FURTHER ORDERED that this case is DISMISSED WITH PREJUDICE as to this Plaintiff and these Defendants, each party to bear its own costs and attorney's fees.

Dated: March 27, 2009

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
Chief U. S. District Judge