IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  07-cv-00229-WYD-MJW
As consolidated with:  07-cv-01711-REB-MJW
07-cv-01976-PAB-KMT
07-cv-02132-WYD-CBS

ERIC QUADE;
SIMON E. SUE;
NATHAN YBANEZ; and
LARRY ALLEN THOMPSON,

  Plaintiffs,

v.

WARDEN KEVIN MILYARD;
GARY LITTLE;
LLOYD WAIDE;
A NUMBER OF JOHN DOES WHOSE NAMES ARE NOT KNOWN; and
THE EXECUTIVE DIRECTOR OF THE COLORADO DEPARTMENT OF CORRECTIONS,

  Defendants.

## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

On March 27, 2008, Plaintiff Eric Quade's claims were dismissed with prejudice by order of the Court (docket #142).  In light of the fact that these cases are no longer consolidated, the clerk of the court is directed to close case number 07-cv-00229-WYD-MJW.

Dated:  April 7, 2009